ROY M. BRISBOIS, State Bar No. 53222
E-mail: brisbois@lbbslaw.com
JOSEPH C. OWENS, State Bar No. 116075
E-mail: owens@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Tel: (213) 250-1800; Fax: (213) 250-7900

Attorneys for Defendant REGENERATION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWN MARIE BOWKER; MICHAEL MURPHY; AND SUZANNE MURPHY,

Plaintiffs,

vs.

REGENERATION TECHNOLOGIES, INC.; MEDTRONIC; MEDTRONIC, INC.; MEDTRONIC SOFAMOR DANEK U.S.A., INC.; SPINALGRAFT TECHNOLOGIES, LLC; BIOMEDICAL TISSUE SERVICES, LLC; MICHAEL MASTROMARINO; JOSEPH NICELLI; ENLOE MEDICAL CENTER; DALY CITY SPINE CARE GROUP; SPINECARE MEDICAL GROUP, INC.; and DOES 1 to 100, inclusive,

Defendants.

Case No.: C07 2278 MCC

**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT RTI'S RESPONSE TO COMPLAINT AND ORDER THEREON**

Plaintiffs SHAWN MARIE BOWKER, MICHAEL MURPHY and SUZANNE MURPHY and Defendant REGENERATION TECHNOLOGIES, INC. ("RTI"), by and through their counsel of record, hereby agree and stipulate that the time deadline for Defendant RTI to answer or otherwise respond to the complaint herein shall be, and shall include, June 18, 2007.

/ / /

Dockets.Justia.com

IT IS SO STIPULATED:

DATED: May _, 2007

WILCOXEN CALLAHAN MONTGOMERY & DEACON

By: /s/_____
DAN WILCOXEN
Attorneys for Plaintiffs
SHAWN MARIE BOWKER; MICHAEL MURPHY; AND SUZANNE MURPHY

DATED: May 1, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/
JOSEPH C. OWENS
Attorneys for Defendant
REGENERATION TECHNOLOGIES, INC.

ORDER

Based on the foregoing Stipulation of the parties, the Court hereby orders that the deadline for Defendant RTI to answer or otherwise respond to the complaint herein shall be extended to, and shall include, June 18, 2007.

IT IS SO ORDERED.

DATED: May 8, 2007

UNITED STATES DISTRICT COURT JUDGE

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800