```
 1  ROY M. BRISBOIS, State Bar No. 53222
      E-mail:  brisbois@lbbslaw.com
 2  JOSEPH C. OWENS, State Bar No. 116075
      E-mail:  owens@lbbslaw.com
 3  LEWIS BRISBOIS BISGAARD & SMITH LLP
    221 North Figueroa Street, Suite 1200
 4  Los Angeles, California 90012-2601
    Tel:  (213) 250-1800; Fax:  (213) 250-7900
 5
    Attorneys for Defendant REGENERATION TECHNOLOGIES, INC.
 6
 7
 8                 UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10
11  SHAWN MARIE BOWKER; MICHAEL      )  Case No.:  C07 2278 MCC
    MURPHY; AND SUZANNE MURPHY,      )
12                                   )
              Plaintiffs,             )  STIPULATION TO EXTEND
13                                   )  DEADLINE FOR DEFENDANT
         vs.                         )  RTI'S RESPONSE TO
14                                   )  COMPLAINT AND ORDER
    REGENERATION TECHNOLOGIES,       )  THEREON
15  INC.; MEDTRONIC; MEDTRONIC,      )
    INC.; MEDTRONIC SOFAMOR          )
16  DANEK U.S.A., INC.; SPINALGRAFT  )
    TECHNOLOGIES, LLC; BIOMEDICAL    )
17  TISSUE SERVICES, LLC; MICHAEL    )
    MASTROMARINO; JOSEPH NICELLI;    )
18  ENLOE MEDICAL CENTER; DALY       )
    CITY SPINE CARE GROUP;           )
19  SPINECARE MEDICAL GROUP, INC.;   )
    and DOES 1 to 100, inclusive,    )
20                                   )
              Defendants.             )
21  _____  )
22
```

Plaintiffs SHAWN MARIE BOWKER, MICHAEL MURPHY and SUZANNE MURPHY and Defendant REGENERATION TECHNOLOGIES, INC. ("RTI"), by and through their counsel of record, hereby agree and stipulate that the time deadline for Defendant RTI to answer or otherwise respond to the complaint herein shall be, and shall include, June 18, 2007.

/ / /

IT IS SO STIPULATED:

DATED: May _, 2007

        WILCOXEN CALLAHAN MONTGOMERY & DEACON

        By: /s/_____
        DAN WILCOXEN
        Attorneys for Plaintiffs
        SHAWN MARIE BOWKER; MICHAEL MURPHY; AND SUZANNE MURPHY

DATED: May 1, 2007

        LEWIS BRISBOIS BISGAARD & SMITH LLP

        By: /s/
        JOSEPH C. OWENS
        Attorneys for Defendant
        REGENERATION TECHNOLOGIES, INC.

## ORDER

Based on the foregoing Stipulation of the parties, the Court hereby orders that the deadline for Defendant RTI to answer or otherwise respond to the complaint herein shall be extended to, and shall include, June 18, 2007.

IT IS SO ORDERED.

DATED: May 8, 2007

_____
UNITED STATES DISTRICT COURT JUDGE