United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MARIE BOWKER, et al.,<br><br>    Plaintiffs<br><br>  v.<br><br>REGENERATION TECHNOLOGIES, INC., et al.,<br><br>    Defendants<br>_____/ | No. C 07-2278 MMC<br><br>**ORDER DIRECTING DEFENDANT REGENERATION TECHNOLOGIES, INC. TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On May 2, 2007, defendant Regeneration Technologies, Inc. electronically filed a "Notice of Motion and Motion to Stay All Proceedings and Responsive Pleadings."

Defendant has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced

1  document.  Defendant is hereby advised that if it fails in the future to comply with the
2  Court's Standing Order to provide chambers copies of electronically-filed documents, the
3  Court may impose sanctions, including, but not limited to, striking from the record any
4  electronically-filed document of which a chambers copy has not been timely provided to the
5  Court.
6       **IT IS SO ORDERED.**

8  Dated:  May 9, 2007

_____
MAXINE M. CHESNEY
United States District Judge