IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MARIE BOWKER, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>REGENERATION TECHNOLOGIES, INC. et al.,<br><br>　　　　Defendants | No. C-07-2278 MMC<br><br>**ORDER GRANTING DEFENDANT REGENERATION TECHNOLOGIES, INC.'S MOTION TO STAY ALL PROCEEDINGS; VACATING HEARING** |

　　　　Before the Court is defendant Regeneration Technologies, Inc.'s motion, filed May 2, 2007, to stay all proceedings, pending possible transfer of the above-titled action by the Judicial Panel on Multidistrict Litigation ("JPML"). Defendant Medtronic, Inc., Medtronic Sofamor Danek USA, and SpinalGraft Techologies, LLC have filed a joint notice of joinder. Plaintiff Shawn Marie Bowker, Michael Murphy, and Suzanne Murphy have not filed opposition or any other response to the motion.

　　　　Having considered the motion, the notice of joinder, and the JPML's conditional transfer order filed May 9, 2007, the Court hereby GRANTS the motion.[1] Accordingly, all proceedings herein are STAYED, pending final decision by the JPML.

　　　　**IT IS SO ORDERED.**

Dated: May 23, 2007

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The hearing scheduled for June 8, 2007 is VACATED.