HEREBY CERTIFY that the above and
foregoing is a true and correct copy of
the original on file in my office

ATTEST:
WILLIAM T. WALSH, Clerk
U.S. District Court
District of New Jersey

By ... JOHN ICKLAN
         Deputy Clerk

RECEIVED
MAY 3 0 2007
AT 8:30............M
WILLIAM T. WALSH, CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 9 2007

FILED
CLERK'S OFFICE

JUL 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NO. 1763

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

*Shawn Marie Bowker, et al. v. Regeneration Technologies, Inc., et al.*, N.D. California,
C.A. No. 3:07-2278
*John L. Rust, et al. v. BioMedical Tissue Services, Ltd., et al.*, D. Delaware, C.A. No. 1:07-222
*Ed Harding, et al. v. BioMedical Tissue Services, et al.*, S.D. Indiana, C.A. No. 1:07-538

### CONDITIONAL TRANSFER ORDER (CTO-22)

On June 21, 2006, the Panel transferred two civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 435 F.Supp.2d 1352 (J.P.M.L. 2006). Since that time, 159 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable William J. Martini.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martini.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 21, 2006, and, with the consent of that court, assigned to the Honorable William J. Martini.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 2 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## INVOLVED COUNSEL LIST (CTO-22)
## DOCKET NO. 1763
## IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

John T. Carroll, III
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market St.
Suite 1400
Wilmington, DE 19801

Brian F. Dolan
Stumpf, Vickers & Sandy P.A.
8 West Market Street
Georgetown, DE 19947

Kevin R. Knight
Ice Miller, LLP
One American Square, Suite 3100
P.O. Box 82001
Indianapolis, IN 46282-0200

Joseph C. Owens
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012-2601

Ginger F.H. Pigott
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Frederick W. Schultz
Greene & Schultz
320 W. 8th Street
Suite 100
Bloomington, IN 47404

Steven Harris Schultz
Demas & Rosenthal, LLP
2331 Capitol Ave.
Sacramento, CA 95816

Anthony Vale
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Karen M.R. Weber
Locke Reynolds LLP
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:            [202] 502-2888

http://www.jpml.uscourts.gov

May 25, 2007

William T. Walsh, Clerk
Martin Luther King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Re: MDL-1763 -- In re Human Tissue Products Liability Litigation

(See Attached CTO-22)

Dear Mr. Walsh:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 9, 2007 As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Misha Spinner
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge William J. Martini
    Transferor Judges:   Judge Maxine M. Chesney; Judge Sue L. Robinson; Judge Sarah Evans Barker
    Transferor Clerks:   Richard W. Wieking; Peter T. Dalleo; Laura A. Briggs

JPML Form 36

|  |  |  |
|---|---|---|
| William T. Walsh<br>Clerk | **UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419**<br><br>(973) 645-4555 | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

U.S. District Court for the
    Northern District of CA
Philip Burton U.S. Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Date: July 25, 2007

Re: MDL -1763 – In re Human Tissue Products Liability Litigation
    Northern District of California No. 3:07-2278

    Shawn Marie Bowker, et al.
              vs.
    Regeneration Technologies Inc., et al.

    District of New Jersey Civil Action No. 2:07-2555 (WJM)

Dear Clerk:

Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action presently pending in your Court to the District of New Jersey and assigned to the Honorable William J. Martini, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407. Our Court previously requested the record in this matter, but received no response from your office.

Please return the copy of this letter when transmitting your file and certified copy of the docket sheet.

Very truly yours,

WILLIAM T. WALSH, Clerk

/s/ John Icklan, Deputy Clerk

Enc.

cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation